UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISREAL MODESTO MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:22–cv–02044–AC<br><br>ORDER GRANTING IFP AND DIRECTING E-SERVICE |

Pending before the court is plaintiff's motion for leave to proceed in forma pauperis. See 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs or give security for them.  Accordingly, IT IS HEREBY ORDERED that:

　　1.　Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

　　2.　The Clerk of Court is directed to issue a summons for this case;

　　3.　In keeping with the court's e-service procedure for Social Security cases,[2] service on the defendant Commissioner of Social Security Administration shall proceed

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

[2] http://www.caed.uscourts.gov/caednew/index.cfm/news/new-social-security-case-procedures-effective-after-june-15-2021/

| | |
|---|---|
| 1 | under the court's E-Service program as follows.  Once a summons is issued, the |
| 2 | Clerk of Court shall deliver to the Commissioner of Social Security |
| 3 | Administration and the United States Attorney's Office at their designated email |
| 4 | addresses a notice of electronic filing of the action along with the summons and |
| 5 | complaint.  The Commissioner has agreed not to raise a defense of insufficient |
| 6 | service of process if provided with notice of a complaint as detailed in this order. |
| 7 | This order is not intended to prevent parties from making any other motions that |
| 8 | are appropriate under the Federal Rules of Civil Procedure; and |
| 9 | 4.       The Clerk of Court is DIRECTED to issue a scheduling order in this case. |
| 10 | IT IS SO ORDERED. |
| 11 | DATED: November 14, 2022 |

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE