PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER, WSBN 42906
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (206) 615-2662
      E-Mail: Edmund.Darcher@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISREAL MODESTO MARTINEZ,<br><br>    Plaintiff,<br><br>    vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-02044-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from May 15, 2023, up to and including June 14, 2023.  This is the Defendant's first request for an extension.

    Defendant requests this extension in good faith and with good reason.  Defendant's undersigned counsel currently has another district court brief due on the same day as this case.  He has two district court briefs due the prior Friday, May 12, 2023, as well as a motion to dismiss.  He is actively working on a Ninth Circuit answering brief due May 24, 2023, which will need to undergo internal reviews.  Additionally, he has work duties specific to answering new Complaints, with 20 such assignments he has completed for the following two weeks, which

have resulted in five voluntary remands.  He therefore seeks an extension to allow more time to review the record in this case and respond appropriately to Plaintiff's Motion for Summary Judgment.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  May 5, 2023         /s/  Matthew Holmberg*
(*as authorized via e-mail on May 5, 2023)
MATTHEW HOLMBERG
Attorney for Plaintiff

Dated: May 5, 2023          PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:     /s/  Edmund Darcher
EDMUND DARCHER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 14, 2023, to respond to Plaintiff's Motion for Summary Judgment.

DATED: May 8, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE