## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                              **JUDGMENT IN A CIVIL CASE**

**ISREAL MODESTO MARTINEZ,**

                                          CASE NO: **2:22−CV−02044−AC**

        v.

**COMMISSIONER OF SOCIAL SECURITY,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/29/2024**

                                                **Keith Holland**
                                                Clerk of Court

ENTERED:  **February 29, 2024**

                                  by: /s/  L. Mena−Sanchez
                                            Deputy Clerk